UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-00756 |
| Gina Maddalone | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**AGREED ORDER IMPOSING AUTOMATIC STAY WITH CONDITIONS**

This cause coming before the Court the motion of the Debtor to impose the automatic stay as to the real property commonly known as 915 E Lorraine Ave, Addison, IL 60101;

IT IS HEREBY ORDERED THAT:

1. The motion is granted as set forth herein, and the automatic stay as to 915 East Lorraine Avenue, Addison, Illinois 60101 is reinstated, subject to the following conditions.

2. As of January 24, 2024, the Debtor was in default on her post-petition payments to U.S. Bank National Association, As Indenture Trustee On Behalf Of And With Respect To Ajax Mortgage Loan Trust 2021-B ("Creditor"), as well as on the cure required under the Agreed Order Conditioning Automatic Stay at ECF No. 86, in a total amount of $8,622.99.

The breakdown of this default is:

Stipulation payments due: October 15, 2023 to January 15, 2023
4 payments of $794.98 each $3,179.92

Post Petition Payments due: November 1, 2023 to January 1, 2024
3 payments of $1,785.18 each $5,355.54

Attorney Fees: $100.00

Less Suspense Balance: ($12.47)

TOTAL DEFAULT $8,622.99

3. The Debtor agrees to make the cure payments required in Paragraph 2 of the Agreed Order Conditioning Automatic Stay (ECF No. 86) that were not yet past due as of January 24, 2024, on the following schedule:

A. On or before February 15, 2024 $794.98
B. On or before March 15, 2024 $794.97

4. The Debtor agrees to cure the default on post-petition and cure payments (described in Paragraph 2) on the following schedule:

| | | |
|---|---|---|
| A. | On or before April 15, 2024 | $ 1,437.17 |
| B. | On or before May 15, 2024 | $ 1,437.17 |
| C. | On or before June 15, 2024 | $ 1,437.17 |
| D. | On or before July 15, 2024 | $ 1,437.16 |
| E. | On or before August 15, 2024 | $ 1,437.16 |
| F. | On or before September 15, 2024 | $ 1,437.16 |

These scheduled payments are in addition to the regular monthly mortgage payments due under the terms of the note and mortgage beginning with the February 1, 2024 payment.

5. Effective with the February 1, 2024 postpetition payment and thereafter, if the Debtor fails to tender the monthly installment payments and the above-described cure payments to U.S. Bank National Association, As Indenture Trustee On Behalf Of And With Respect To Ajax Mortgage Loan Trust 2021-B, such that two monthly mortgage payments are due and not fully paid, then the default provisions of paragraph 6 shall apply.

6. If the Debtor fails to comply with the terms of paragraphs 3, 4, or 5, above, then Creditor may file a Notice of Default and Termination of Automatic Stay with the Court, upon which the automatic stay will be modified so as to not restrain the Creditor, its principals, agents, successors and /or assigns from pursuing in rem non-bankruptcy remedies as to the property commonly known as 915 East Lorraine Avenue, Addison, Illinois 60101. Creditor is not required to provide an opportunity to cure the default prior to lifting the stay under this Order.

Enter: Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 08, 2024

**Prepared by:**

Joseph Wrobel, #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
#206
2070 Green Bay Rd.
Highland Park, IL 60035
(312) 781-0996